FILED
IN OPEN COURT

MAR 2 3 2015

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OR VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.                                                                  Criminal No.: 4:15-CR-14

JUAN LOPEZ,

   Defendant.

## ORDER

THIS DAY came Stephen B. Plott, Esq., and made motion that he be substituted as counsel of record for the Defendant, Juan Lopez, and that Rudolpho Cejas, Esq., be relieved as counsel; and that the said substitution will not delay the proceedings in this matter; it is hereby ORDERED that Rudolpho Cejas, Esq., be relieved as counsel for the Defendant and that Stephen B. Plott, Esq., be substituted as counsel of record.

ENTERED: March 23, 2015

_____
Judge

I ASKED FOR THIS:

_____
Stephen B. Plott
VSB# 29024

SEEN AND AGREED:

_____
Rudolpho Cejas
VSB# _____

_____
Eric M. Hurt
VSB# 35765