IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF VIRGINIA
Norfolk/Newport News Division

FILED
IN OPEN COURT

MAR 2 3 2015

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

UNITED STATES OF AMERICA

v.

Juan M. Lopez

Case Number: 4:15-cr-14

## WAIVER OF RIGHT TO BE PRESENT AT HEARINGS
## ON MOTIONS PRIOR TO TRIAL

I hereby waive my right to be present at the hearings and/or argument on any and all motions prior to the actual commencement of the trial of my criminal case now pending in this court.

I have been advised of my right to be present and understand that I may be present at the hearing and/or argument on any and all motions if I desire to do so.

_3/23/15_  
Date

_[signature]_  
Defendant